# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McCarthy, Jeremiah J. | United States District Court | 10/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-Time | ☐ Nomination Date<br>☐ Initial ☐ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

2 Niagara Square
Room 640
Buffalo, New York 14202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Timothy V. Riordan Supplemental Needs Trust |
| 2. | Director | Hilbert College |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCarthy, Jeremiah J. | 10/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCarthy, Jeremiah J. | 10/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCarthy, Jeremiah J. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC Bank, N.A., Checking Account | A | Interest | J | T | | | | | |
| 2. HSBC Bank, N.A., Savings Account | A | Interest | K | T | | | | | |
| 3. HSBC Bank, N.A., Supp. Needs Trust Acct | A | Interest | K | T | | | | | |
| 4. M&T Bank Savings Account | A | Interest | K | T | | | | | |
| 5. Franklin NY Intermediate - Term Tax Fee Income Fund Class A | A | Dividend | J | T | | | | | |
| 6. Columbian Mutual Life Ins. Co. | A | Interest | K | T | | | | | |
| 7. Rydex SGI Mgd. Futures H | A | Dividend | | | Sold | 04/05/11 | J | A | |
| 8. Baron Small Cap | | None | | | Sold | 04/05/11 | K | C | |
| 9. Bond Fund of America | A | Dividend | | | Sold | 04/05/11 | K | B | |
| 10. Capital World Growth Income | A | Dividend | | | Sold | 04/05/11 | L | A | |
| 11. Fundamental Investors | A | Dividend | | | Sold | 04/05/11 | L | B | |
| 12. Heartland Value Fund | | None | | | Sold | 04/05/11 | K | C | |
| 13. I Shares - Tr. Russell MidCap Value Index Fund | A | Dividend | | | Sold | 04/05/11 | K | A | |
| 14. Loomis Sayles II Strategic Income | A | Dividend | | | Sold | 04/05/11 | K | D | |
| 15. Loomis Sayles Grade Bond Fund | B | Dividend | | | Sold | 04/05/11 | K | D | |
| 16. Highland Floating Rate A | | None | | | Sold | 07/14/11 | K | A | |
| 17. Mutual Series Discovery Fund | | None | | | Sold | 04/05/11 | L | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCarthy, Jeremiah J. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pioneer Cullen Value | | None | | | Sold | 04/05/11 | L | A | |
| 19. Thornburg Invt Tr Core Growth Fund | | None | | | Sold | 04/05/11 | K | D | |
| 20. UBS AG Jersey BRH | | None | | | Sold | 04/05/11 | K | B | |
| 21. Vanguard Infl - Protected Sec. | A | Dividend | | | Sold | 04/05/11 | L | D | |
| 22. Prime Funds - Capital Reserves | A | Dividend | | | Sold | 04/05/11 | J | A | |
| 23. American Funds Growth F1 | | None | | | Sold | 04/05/11 | L | B | |
| 24. Fundamental Investors A (American Fund) | A | Int./Div. | J | T | | | | | |
| 25. AQR Managed Futures Fund | A | Dividend | L | T | Buy | 04/05/11 | L | | |
| 26. Blackrock Equity Dividend | B | Dividend | K | T | Buy | 04/05/11 | K | | |
| 27. Dodge & Cox Income | B | Dividend | L | T | Buy | 04/05/11 | L | | |
| 28. Fidelity Cash Reserves | A | Dividend | J | T | Buy | 04/05/11 | J | | |
| 29. Highland Floating Rate Opp | A | Dividend | | | Sold | 07/14/11 | K | | |
| 30. Ing Mid Cap Opportunity | B | Dividend | L | T | Buy | 07/14/11 | L | | |
| 31. John Hancock Discipl, Value Mid Cap | A | Dividend | L | T | Buy | 12/20/11 | L | | |
| 32. Mainstay Large Cap Growth | B | Dividend | J | T | Buy | 04/06/11 | J | | |
| 33. Managers Bond | A | Dividend | J | T | Buy | 04/06/11 | J | | |
| 34. Oppenheimer Dev Markets | B | Dividend | L | T | Buy | 04/08/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McCarthy, Jeremiah J. | 10/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Oppenheimer Intl Bond FD | B | Dividend | K | T | Buy | 04/05/11 | K | | |
| 36. RS Global Natural Resources | A | Dividend | K | T | Buy | 04/05/11 | K | | |
| 37. Templeton Frontier Market | A | Dividend | K | T | Buy | 07/14/11 | K | | |
| 38. Thornburg Intl Value | A | Dividend | L | T | Buy | 04/05/11 | L | | |
| 39. Vanguard GNMA Investor | A | Dividend | K | T | Buy | 07/14/11 | K | | |
| 40. Wells Fargo High Income | B | Dividend | K | T | Buy | 04/05/11 | K | | |
| 41. Royce 100 | A | Dividend | | | Buy | 04/05/11 | J | | |
| 42. Royce 100 | A | Dividend | | | Sold | 07/14/11 | J | A | |
| 43. Heartland Value | A | Dividend | | | Buy | 04/05/11 | K | | |
| 44. Heartland Value | A | Dividend | | | Sold | 07/14/11 | J | A | |
| 45. Munder MidCap Core C | A | Dividend | | | Buy | 04/05/11 | L | | |
| 46. Munder MidCap Core C | A | Dividend | | | Sold | 07/14/11 | L | A | |
| 47. Ridgeworth MidCap Val. Eq. | A | Dividend | | | Buy | 04/05/11 | L | | |
| 48. Ridgeworth MidCap Val. Eq. | A | Dividend | | | Sold | 12/13/11 | L | A | |
| 49. Perkins MidCap Value | A | Dividend | | | Buy | 12/14/11 | L | | |
| 50. Perkins MidCap Value | A | Dividend | | | Sold | 12/19/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, item 4: Last year's entry referred to a mortgage escrow account. The mortgage was paid off during 2011, and the account was closed. However, the entry now refers to an account on which ▮▮▮▮ was co-signator with ▮▮▮▮ (the funds in the account belonged to ▮▮▮▮). Upon ▮▮▮▮ death in 2011, the account passed to ▮▮▮▮.

Part VII, lines 22 and 28: In response to Judge McKinley's September 11, 2012 letter requesting clarification as to the new entry for "Fidelity Cash Reserves" (Part VII, line 28), my financial advisor states that this is a money market fund which is used to fund new investments, and it replaces the old account entitled "Prime Funds - Capital Reserves" (Part VII, line 22).

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeremiah J. McCarthy**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544